UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LINDA VANDEUSEN AND ADVOCATES FOR DISABLED AMERICANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>MABEL REALTY OF BORDENTOWN, LLC, d/b/a Denny's of Bordentown<br><br>    Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 12-0330 (JEI/AMD)<br><br>**ORDER** |

**APPEARANCES:**

ANTHONY J. BRADY, JR.
By: Anthony J. Brady, Jr., Esq.
1 Rose Avenue
PO Box 129
Maple Shade, NJ 08052
    Counsel for Plaintiffs

DEASEY, MAHONEY, VALENTINI & NORTH LTD
By: Carla P. Maresca, Esq.
Athena Olympia Pappas, Esq.
1601 Market Street, Suite 3400
Philadelphia, PA 19103
    Counsel for Defendant

**IRENAS**, Senior District Judge:

This disability discrimination suit comes before the Court on Defendant's Motion to Dismiss (Dkt. No. 6); the Court having considered the submissions of the parties; for the reasons set forth in an Opinion issued by this Court on even date herewith; and for good cause appearing;

**IT IS** on this __11th__ day of May, 2012,

**ORDERED THAT:**

1. Defendant's Motion to Dismiss the Complaint (Dkt. No. 6) is hereby **GRANTED IN PART AND DENIED IN PART.**

2. The Clerk of the Court is ordered to terminate Advocates for Disabled Americans as a party to this suit.

_____
JOSEPH E. IRENAS, S.U.S.D.J.